FILED  
United States Court of Appeals  
Tenth Circuit

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

September 5, 2012

Elisabeth A. Shumaker  
Clerk of Court

―――――――――――――――――――――

| | |
|---|---|
| BARRY D. BLOOM, an individual, | |
| Plaintiff - Appellant, | |
| v. | No. 12-6165 |
| EXPRESS SERVICES, INC., a corporation, and Does 1 through 20, inclusive, | (D.C. No. 5:11-CV-00438-M) |
| Defendants - Appellees. | |

―――――――――――――――――――――

**ORDER**

―――――――――――――――――――――

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed.  *See* Fed. R. App. P. 42(b).

Each party will bear its own costs on appeal.  A copy of this order will stand as the mandate of the court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk