**UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Douglas E. Cressler
Chief Deputy Clerk

w:\live\forms\kathy_fabrizio_126165_9998609_165.cefElisabeth A. Shumaker
Clerk of Court

September 05, 2012

Mr. Robert D. Dennis
United States District Court for the Western District of Oklahoma
Office of the Clerk
200 NW 4th Street
Oklahoma City, OK 73102

Mr. Michael A. Farbstein
Farbstein & Blackman
411 Borel Avenue, Suite 425
San Mateo, CA 64402

Mr. Michael F. Lauderdale
Ms. Kristin M. Simpsen
Mr. Spencer F. Smith
McAfee & Taft
211 North Robinson, 10th Floor
Oklahoma City, OK 73102

Mr. Jeffrey B. Taylor
Absolute Legal Services
5801 West Britton Road, Suite H
Oklahoma City, OK 73132

Mr. John Joseph Wall Jr.
Wall Law Firm
66 East Santa Clara Street, Suite 250
San Jose, CA 95113

**RE:** **12-6165, Bloom v. Express Services**
Dist/Ag docket: 5:11-CV-00438-M

Dear Clerk and Counsel:

Attached please find an order issued today by the court dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court shall file accordingly.

Please contact this office if you have questions.

        Sincerely,

        *Elisabeth A. Shumaker*

        Elisabeth A. Shumaker
        Clerk of the Court

EAS/kf